# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

September 11, 2025

Before

KENNETH F. RIPPLE, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| Nos. 23-2134, 23-2216, 23-2958, 23-3035, 24-1352, & 24-1884 | UNITED STATES, et al., ex rel., RONALD J. STRECK,<br>Plaintiff – Appellee/Cross – Appellant,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br>Defendant – Appellant/Cross – Appellee. |
| **Originating Case Information:** | |
| District Court No: 1:14-cv-09412<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)